# UNITED STATES DISTRICT COURT

for the

District of Oregon

FILED 2 NOV '26 11:22USDC-ORP

PORTLAND Division

PETER (NEE PETRA) WILSON

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

OREGON HEALTH AUTHORITY; and CAREOREGON, INC.; and HEALTH SHARE OF OREGON

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 3:26-CV-2405-YY
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Petra Wilson |
| Address | 18008 NE PACIFIC ST; #12 |
| | PORTLAND (*City*) OR (*State*) 97230 (*Zip Code*) |
| County | MULTNOMAH |
| Telephone Number | 206.280.1692 |
| E-Mail Address | PETRAMWILSON@GMAIL.COM |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | CareOregon, Inc. |
| Job or Title *(if known)* | Coordinated Care Organization (CCO) |
| Address | 315 SW Fifth Ave |
| | PORTLAND (*City*) OR (*State*) 97204 (*Zip Code*) |
| County | MULTNOMAH |
| Telephone Number | 503-416-4100 |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Health Share of Oregon |
| Job or Title *(if known)* | Coordinated Care Organization (CCO) |
| Address | 2121 SW Broadway, Suite 200 |
| | PORTLAND (*City*) OR (*State*) 97201 (*Zip Code*) |
| County | MULTNOMAH |
| Telephone Number | 503-416-8090 |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☑ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | Oregon Health Authority (OHA) |
| Job or Title *(if known)* | State Medicaid Administration Agency |
| Address | 500 Summer St NE, E-20 |
| | SALEM (City) OR (State) 97301 (Zip Code) |
| County | MARION |
| Telephone Number | 503-947-2340 |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☑ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |
| | City State Zip Code |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Section 1557 of the Patient Protection and Affordable Care Act (42 U.S.C. § 18116); The Federal Medicaid Act Reasonable Promptness Provision (42 U.S.C. § 1396a(a)(8)); and the Due Process Clause of the Fourteenth Amendment to the United States Constitution via 42 U.S.C. § 1983. Further, the Court has authority to grant declaratory and injunctive relief pursuant to 28 U.S.C. §§ 2201 and 2202, and Federal Rules of Civil Procedure 65.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendants CareOregon and Health Share are state-regulated public-private entities operating under express statutory authority to administer federal Medicaid benefits (the Oregon Health Plan) to low-income residents. Defendant Oregon Health Authority is an official executive state agency of the Government of Oregon. All named defendants acted under color of state law when executing administrative regulations, issuing benefit determinations, and closing active case management files.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Multnomah County, Oregon, and via cross-border electronic administrative systems connecting Oregon and California health networks.

B. What date and approximate time did the events giving rise to your claim(s) occur?

From January 1, 2026, through ongoing actions as of October 29, 2026. Prior out-of-state authorization conditional approval occurred on September 1, 2026; care coordination file closure occurred on August 14, 2026.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Plaintiff Petra Wilson is a Member on the Oregon Health Plan suffering from severe, multi-quadrant precancerous tissue invasion (HSIL / AIN-3, ICD-10: D07.5) positive for high-risk genotype HPV-16. Local networks have proven unable to provide a functional, coordinated multi-disciplinary urological and colorectal surgical team due to cross-institutional hospital privileges gaps. On September 1, 2026, Defendants approved a prior authorization for emergency cross-border tertiary surgical care at the University of California, San Francisco (UCSF) Medical Center, but conditioned its execution upon an unresolvable administrative loop. Defendants have intentionally withheld the Single Case Agreement (SCA) required by UCSF to clear clinical scheduling until UCSF registers with the state, while knowing that UCSF cannot complete state enrollment until the foundational SCA is issued. Furthermore, on August 14, 2026, Defendant CareOregon closed Plaintiff's intensive care coordination file entirely, declaring this transfer to be outside its scope. This circular administrative loop acts as a pretextual, discriminatory barrier to care that deprives Plaintiff of a vested statutory property interest without due process and creates an imminent threat of malignant conversion into active squamous cell carcinoma.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Severe structural pelvic and urogenital tissue degradation, persistent physical pain, diagnostic neglect including network blind spots from an unexecuted cystourethroscopy since 2022, and an active, high-risk progression of invading high-grade pre-cancerous lesions across three distinct quadrants, creating an imminent and irreversible risk of malignant transformation into active, lethal squamous cell carcinoma and permanent organ loss.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff requests that the Court:

1. Issue a preliminary and permanent injunction compelling Defendants CareOregon and Health Share to immediately issue the foundational Single Case Agreement required by UCSF Medical Center to initiate clinical scheduling.
2. Compel Defendant Oregon Health Authority to oversee this cross-border transfer and order the immediate reinstatement of Plaintiff's intensive care coordination file.
3. Issue a declaratory judgment declaring that Defendants' reciprocal administrative loops and file closures violate Section 1557 of the ACA, the Reasonable Promptness provision of the Medicaid Act, and the Due Process Clause of the Fourteenth Amendment.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/2/26

Signature of Plaintiff [signature]

Printed Name of Plaintiff PETER (NEE PETRA) WILSON

### B. For Attorneys

Date of signing: ________

Signature of Attorney ________

Printed Name of Attorney ________

Bar Number ________

Name of Law Firm ________

Address ________

City ________ State ________ Zip Code ________

Telephone Number ________

E-mail Address ________